**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6441**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GABRIEL Z. KERSHAW,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:16-cr-00258-CMC-1)

_____

Submitted:  March 29, 2024                    Decided:  April 30, 2024

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gabriel Z. Kershaw, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriel Z. Kershaw appeals from the district court's orders denying his motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and his motion for reconsideration. Upon review of the record, we discern no abuse of discretion in the district court's determination that the pertinent 18 U.S.C. § 3553(a) factors weighed against compassionate release. *See United States v. Bethea*, 54 F.4th 826, 831 (4th Cir. 2022) (stating standard of review). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*